IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>NELLY ANQUEIRA (1),<br><br>Defendant. | Criminal No. 25-253(MAJ) |

***MOTION TO RESTRICT***

**TO THE HONORABLE DISTRICT JUDGE**
**MARÍA ANTONGIORGI:**

    **COMES NOW**, Ms. Nelly Anqueira (1), through the undersigned counsel, respectfully states and prays as follows:

    1. Ms. Nelly Anqueira filed a *Sentencing Memorandum* in docket entry 19, which alludes to information contained in the *Presentence Investigation Report* and should be kept confidential. *See* DE-19. The information discussed in the *Sentencing Memorandum* is not intended to be shared with the public and is irrelevant to any other party not selected to view the document. Thus, Ms. Anqueira submits that the motion and its exhibit should be restricted from public viewing and that their access be granted to the U.S. Probation Office and AUSA Vanessa Bonano.

    We are filing this motion to comply with this Court's Standing Order No. 9 and request the Court's authorization to file the motion to travel in a restricted fashion to SELECTED PARTIES for the reasons stated herein.

    **WHEREFORE,** Ms. Nelly Anqueira respectfully requests the Court to grant this motion to restrict her *Sentencing Memorandum* filed at docket entry #19 for the reasons stated herein.

1

**I HEREBY CERTIFY** that on this date this motion was electronically filed with the Clerk of the Court using the CM/ECF system which should send the notice of such filing to: ALL PARTIES.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 3rd day of September, 2025.

*s/ Marie L. Cortés Cortés*
**Marie L. Cortés Cortés**
USDC-PR No. 212208
Counsel for Nelly Anqueira
P.O. Box 192056
San Juan, Puerto Rico 00919-2056
Tel. (787) 691-3178
E-Mail: marie.cortes.cortes@gmail.com